IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01788-BNB

ULYSSES GRANT,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

On August 15, 2007, Plaintiff Ulysses Grant submitted to the Court a *pro se* Complaint. The Court must construe the Complaint liberally because Mr. Grant is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Grant will be ordered to file an Amended Complaint.

The Court has reviewed Mr. Grant's Complaint and has determined that the Complaint is incomplete. Mr. Grant fails to assert whether he has exhausted his administrative remedies. He fails to state whether he is seeking review of the final administrative decision denying his claim for social security disability benefits and if the filing is timely. Plaintiff only states that he has been denied benefits three times and that he was told he needed to file a civil suit. Therefore, Mr. Grant will be ordered to provide the information as outlined above.

Plaintiff should take note that an amended complaint supersedes the original complaint. *See **Boelens v. Redman Homes, Inc.**,* 759 F.2d 504, 508 (5th Cir. 1985); ***Cameron v. Fogarty**,* 705 F.2d 676 (2d Cir. 1983); ***London v. Coopers & Lybrand**,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, ***Federal Practice and Procedure*** § 1476 (1990). Plaintiff's Amended Complaint must contain all information asserted in the original Complaint as well as the additional information that the Court requested above. Accordingly, it is

ORDERED that Mr. Grant amend the Complaint and provide **within thirty days from the date of this Order** the information as identified above. It is

FURTHER ORDERED that the Amended Complaint shall be titled "Amended Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that if Plaintiff fails to amend within the time allowed the Complaint and action will be dismissed without further notice.

DATED August 31, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01788-BNB

Ulysses S. Grant
2420 Franklin Street
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/31/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk