IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01788-AP

ULYSSES S. GRANT,

    Plaintiff *Pro Se*,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

## [PROPOSED] ORDER OF REMAND

The Court has reviewed Defendant's Unopposed Motion for Remand dated January 3, 2008. Pursuant to sentence six of 42 U.S.C. § 405(g), the Court hereby orders that this case be remanded for further administrative proceedings.

The Court further orders that, upon remand, the Social Security Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for a *de novo* hearing.

DATED this 4 day of January, 2008.

                BY THE COURT:

                */s/ John L. Kane*

                JOHN L. KANE, Judge
                U.S. District Court, District of Colorado