IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1788-AP (to be consolidated under 06-cv-1833)**

**ULYSSES S. GRANT,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF REINSTATEMENT AND CONSOLIDATION

Kane, J.

This matter is before the court on Defendant's Motion to Consolidate and Dismiss Plaintiff's Complaints, or in the Alternative, to Reinstate Plaintiff's Amended Complaint and Resume Judicial Review (doc. #19), filed April 4, 2008. The Motion is granted in the alternative. Plaintiff's Complaints are reinstated and consolidated under the original case number, that is 06-cv-1833 and shall be assigned to the AP docket for further judicial review.

Dated this 29th day of August, 2008.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court